IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

Electronically Filed

**HERMAN HENDERSON,**
on behalf of HIMSELF and ALL
OTHERS SIMILARY SITUATED,

    **Plaintiff,**

v.                                                        No. _____
                                                             Judge _____

**PIERATT'S, INC.,**

    **Defendant.**

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, Pieratt's, Inc. ("Pieratt's"), hereby removes this action, with reservation of all defenses, from the Circuit Court of Fayette County, Kentucky, to the United States District Court for the Eastern District of Kentucky at Lexington. As grounds for this removal, Pieratt's states:

1. On or about August 25, 2017, Plaintiff, Herman Henderson, individually and on behalf of other persons similarly situated, filed Civil Action 17-CI-3072 in the Fayette Circuit Court against Pieratt's. Copies of the Summons and Complaint are attached hereto as Exhibit A and constitute all of the process, pleadings and order served upon Pieratt's to date in this action.

2. The action is of a civil nature arising from Plaintiff's employment with Pieratt's. The action involves claims for alleged violation of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. ("FLSA") and Kentucky's wage and hour laws, KRS 337.010 *et seq*.

3. This Court has original jurisdiction pursuant to 28 U.S.C. § 1331. This action may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441 because it is founded

on a claim or right arising out of the Constitution, laws, or treaties of the United States in that claims have been asserted under FLSA.

4. This Court has supplemental jurisdiction over the remaining claims contained in the Complaint pursuant to 28 U.S.C. § 1367 inasmuch as those claims are so related to the claims over which the Court has original federal question jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

5. This Notice of Removal is filed within thirty (30) days after receipt by Pieratt's of a copy of the Complaint and Civil Summons in this action.

WHEREFORE, Defendant, Pieratt's, hereby gives notice of this removal from the Fayette Circuit Court to the United States District Court for the Eastern District of Kentucky at Lexington.

Respectfully submitted,

**PIERATT'S, INC.**

**By Counsel**

*/s/ Mauritia G. Kamer*_____
Mauritia G. Kamer
Steptoe & Johnson PLLC
One Paragon Centre
2525 Harrodsburg Rd., Suite 300
Lexington, KY  40504
Telephone:  (859) 219-8218
Facsimile:  (859) 255-6903
mauritia.kamer@steptoe-johnson.com

Counsel for Defendant, Pieratt's, Inc.

7791505.1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

HERMAN HENDERSON,
on behalf of HIMSELF and ALL
OTHERS SIMILARLY SITUATED,

        Plaintiff,

v.                                          No. _____

PIERATT'S, INC.,

        Defendant.

## CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of September, 2017, I have electronically filed the Defendant's Notice of Removal with the Clerk of the Court using the CM/ECF system, which will give notice of the filing to counsel of record as follows:

Jeremiah W. Reece, Esq.
P. Stewart Abney, Esq.
Abney & McCarty, PLLC
2950 Breckenridge Lane, Suite 13
Louisville, KY  40220
(504) 459-4108
jeremiah@amkylaw.com
stewart@amkylaw.com


                                            */s/ Mauritia G. Kamer*_____
                                            Mauritia G. Kamer